IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENEE REESE, on behalf of herself and other persons similarly situated,<br><br>    Plaintiff,<br>v.<br><br>ANTHEM INC. and<br>AMERICAN HEART ASSOCIATION, INC.<br><br>    Defendants. | CIVIL ACTION NO 17-07940<br><br>JUDGE<br>ELDON E. FALLON<br><br>MAG. JUDGE<br>KAREN WELLS ROBY |

## ORDER GRANTING MOTION TO CONTINUE

HAVING CONSIDERED Plaintiff's *Ex Parte/Consent Motion to Continue*, IT IS HEREBY ORDERED that the Motion is GRANTED.

It is therefore ORDERED that the Submission date for Defendants American Heart Association, Inc., Anthem, Inc., and Anthem Foundation, Inc.'s *Motion to Dismiss* (Rec. Doc. 10) is continued to November 15, 2017.

New Orleans, Louisiana, this  25th  day of      October      2017.

*[signature]*

Hon. Eldon E. Fallon
United States District Judge