## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RENEE REESE, ON BEHALF OF HERSELF AND OTHER PERSONS SIMILARLY SITUATED | CIVIL ACTION |
| VERSUS | NO. 17-7940 |
| ANTHEM, INC., ET AL | SECTION: L (4) |

### J U D G M E N T

Considering the Court's Order & Reasons entered herein on March 12, 2018, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendants, American Heart Association, Inc., Anthem Blue Cross and Blue Shield Foundation L.L.C. and Anthem, Inc., and against plaintiff, Renee Reese, on behalf of herself and other persons similarly situation, dismissing said plaintiff's complaint, without prejudice, and costs.

New Orleans, Louisiana, this \_\_13th\_\_ day of March, 2018.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**